UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Brian Wharton : Chapter 13
: No. 23−13500−mdc
:

## ORDER

AND NOW, this 15th day of December, 2023, upon consideration of the within Motion for Additional Extension of Time to File Required Documents, after notice and hearing thereon, it is hereby

ORDERED that the Motion is GRANTED, and it is

FURTHER ORDERED that Debtors shall file all required documents with the Court on or before January 5th, 2004.

*Magdeline D. Coleman*

**Magdeline D. Coleman**
**Chief Judge**
**United States Bankruptcy Judge**

See Attached List

Kenneth E. West
Via ECF

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

Brian Wharton
1111 Meadowbrook Lane
Darby, PA 19023

All Interested Parties