United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 23-13500-mdc

Brian Wharton                                                                   Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 18, 2023 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brian Wharton, 1111 Meadowbrook Lane, Darby, PA 19023-1013 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Dec 19 2023 00:19:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 19 2023 00:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2023                          Signature:                /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY A. FRIGO | on behalf of Debtor Brian Wharton anthonyfrigo@msn.com  frigoar70666@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2                                    User: admin                                    Page 2 of 2

Date Rcvd: Dec 18, 2023                                Form ID: pdf900                                Total Noticed: 3

MARK A. CRONIN
                        on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OFPENNSYLVANIA**

IN RE:  Brian Wharton |               :             Chapter 13

                                            :             No. 23−13500−mdc

                                            :

**<u>ORDER</u>**

AND NOW, this 15th day of  December  , 2023, upon consideration of the within Motion for Additional Extension of Time to File Required Documents, after notice and hearing thereon, it is hereby

ORDERED that the Motion is GRANTED, and it is

FURTHER ORDERED that Debtors shall file all required documents with the Court on or before  January 5th, 2004.

**Magdeline D. Coleman**
**Chief Judge**
**United States Bankruptcy Judge**

See Attached List

Kenneth E. West
Via ECF

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

Brian Wharton
1111 Meadowbrook Lane
Darby, PA 19023

All Interested Parties