Fill in this information to identify your case:

Debtor: Karen Carolin Grant

Debtor 2 (Spouse if filing): 

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number (If known): 23-13840-amc

☐ Check if this is an amended filing

FILED JAN 16 2024 TIMOTHY McGRATH, CLERK DEP.

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. Do you have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Peco<br>2301 Market Street<br>Philadelphia PA 19109 | ELECTRIC BILL |
| 2.2 | | |
| 2.3 | | |
| 2.4 | | |
| 2.5 | | |

Debtor 1  Karen    Carolin    Grant    Case number (if known) 23-13840-amc
         First Name  Middle Name  Last Name

**Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | What the contract or lease is for |

2.2
  Name
  Number  Street
  City    State  ZIP Code

2._
  Name
  Number  Street
  City    State  ZIP Code

2._
  Name
  Number  Street
  City    State  ZIP Code

2._
  Name
  Number  Street
  City    State  ZIP Code

2._
  Name
  Number  Street
  City    State  ZIP Code

2._
  Name
  Number  Street
  City    State  ZIP Code

2._
  Name
  Number  Street
  City    State  ZIP Code

2._
  Name
  Number  Street
  City    State  ZIP Code